UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Joshua J. Hurd

    v.                           Civil No. 07-165-JL

FNU Granville et al.


**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter.


**SO ORDERED.**

                                                    _/s/ Joe Laplante_____
                                                    Joseph N. Laplante
                                                    United States District Judge

Dated:  March 26, 2008

cc:  Joshua J. Hurd, pro se
     John A. Curran, Esq.