

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Joshua J. Hurd

      v.                        Civil No. 07-cv-165-JD

FNJ Granville, et al.

### ORDER

On January 9, 2009, Defendants' counsel filed an Assented to Motion to Continue Trial. In error, the Motion was submitted and ruled on by another judge. Therefore, the Order granting this Motion to Continue Trial is herewith vacated.

Upon my review of the motion, my order is as follows: Denied without prejudice to renew. The motion does not set forth new dates and deadlines but merely asks for a blanket continuance leaving the future of the case and trial preparations in limbo. This is not acceptable.

SO ORDERED.

January 12, 2009

                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

cc:    Joshua J. Hurd, pro se
       John Curran, Esq.
       Elizabeth Hurley, Esq.